

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

Nos. 04-10-00147-CR & 04-10-00148-CR

John A. **SCHUCHARDT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2008CR2301 & 2008CR2302
Honorable Stephen Williams, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed: March 10, 2010

DISMISSED

     John A. Schuchardt filed notices of appeal seeking to appeal from sentences imposed in the underlying causes on September 8, 2008. The judgments were in accordance with Schuchardt's plea bargain agreements, and the records do not contain trial court's certifications showing Schuchardt has the right of appeal. Accordingly, the appeals are dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH